**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| MINORITY TELEVISION PROJECT, INC., | No. 09-17311 |
| *Plaintiff - Appellant*, | D.C. No. 3:06-cv-02699-EDL |
| v. | |
| FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA, | ORDER |
| *Defendants - Appellees*, | |
| and | |
| LINCOLN BROADCASTING COMPANY, *Intervenor*. | |

Filed November 21, 2012

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Fed. R. App. P. 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.